## THOMPSON *v.* THE STATE.

From the Marion Criminal Circuit Court.

*W. W. Leathers*, for appellant.

*J. C. Denny*, Attorney General, and *R. P. Parker*, Prosecuting Attorney, for the State.

WORDEN, C. J.—This case is, in all its essential features, like the case of *Thompson* v. *The State*, *ante*, p. 495; and for the reason therein stated, the judgment must be reversed.

The judgment below is reversed, and the cause remanded for a new trial.